MICHAEL J. McCUE (Nevada Bar No. 6055)
MMcCue@LRLaw.com
JOHN L. KRIEGER (Nevada Bar No. 6023)
JKrieger@LRLaw.com
NIKKYA G. WILLIAMS (Nevada Bar No. 11484)
NWilliams@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398 fax

Attorneys for MGM MIRAGE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MGM MIRAGE , a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAN LEI, an individual; WANG XIAOLING, an individual; XIAO FANG, an individual; SHANG LEI, an individual; YE XIAO, an individual; and HUAI YI, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-00074-KJD-RJJ<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff MGM MIRAGE. having filed an application for entry of default judgment against Defendants Dan Lei, Wang Xiaoling, Xiao Fang, Shang Lei, Ye Xiao and Huai Yi pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Clerk of the Court having entered Default against Defendants on November 9, 2010, and, this Court having now given due consideration to Plaintiff's application for such judgment as well as all papers, pleadings, and exhibits offered in support thereof by Plaintiff, the Court being further fully advised in the matter, it is therefore,

ORDERED, ADJUDGED and DECREED that Judgment be entered in favor of Plaintiff MGM MIRAGE  and against Dan Lei, Wang Xiaoling, Xiao Fang, Shang Lei, Ye Xiao and Huai Yi on all counts of Plaintiff's Complaint; and, it is further ordered and adjudged that said Judgment shall include the following specific findings of fact and awarding of specific relief:

/ / /

1  Plaintiff is the owner of certain MGM and MGM GRAND Marks, which include the Walking Lion logo (Registration No. 2,510,431) for casino services, MGM GRAND (and design) (Registration No. 1,906,198) for hotel and casino services, and MGM (Registration No. 2,534,227) for casino services (collectively, the "MGM and MGM GRAND Marks");

Plaintiff has the exclusive right to use the MGM and MGM GRAND Marks in connection with resort hotel casino services;

Defendants registered and used the <betmgm.net>, <betmgm88.com>, <bet-mgm.net>, <betmgm96.com>, <28818.net>, <bet-mgm.com>, and <888mgm.com> domain names with a bad faith intent to profit therefrom;

Defendants linked the <betmgm.net>, <betmgm88.com>, <bet-mgm.net>, <betmgm96.com>, <28818.net>, <bet-mgm.com>, and <888mgm.com> domain names to online sports book and casino website that also incorporated and misappropriated the MGM and MGM GRAND Marks;

Plaintiff and Defendants are competitors on the World Wide Web;

Defendants' use of the MGM and MGM GRAND Marks in domain names and on online sports book and casino websites is likely to cause confusion as to the source and origin of Defendants' services;

Defendants' use of the MGM and MGM GRAND Marks in domain names and on online sports book and casino websites is likely to dilute the distinctive value of the Marks through blurring and tarnishment;

Defendants' use of the MGM and MGM GRAND Marks was intended to disrupt Plaintiff's prospective economic advantage and divert consumers from Plaintiff's websites to Defendants';

Should Defendants' use of marks identical or confusingly similar to the MGM and MGM GRAND Marks continue, Plaintiff will continue to suffer irreparable injury to the goodwill and reputation it has established in the MGM and MGM GRAND Marks for which an award of damages would be inadequate;

/ / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

561761.1

1    Defendants have acted willfully in their infringement of the MGM and MGM GRAND
2    Marks; and
3    Defendants are liable for their infringement, dilution, unfair competition, cybersquatting,
4    deceptive trade practices and intentional interference with prospective economic advantage.
5    THEREFORE, IT IS HEREBY ORDERED that Defendants Dan Lei, Wang Xiaoling,
6    Xiao Fang, Shang Lei, Ye Xiao and Huai Yi, and their agents, servants, employees and/or all
7    persons acting in concert or participation with Defendants are hereby permanently enjoined from
8    (1) making any use of Plaintiff's MGM and MGM GRAND Marks or confusingly similar
9    variations thereof, alone or in combination with any other letters, words, letter strings, phrases or
10   designs, in commerce or in connection with any business or for any purpose whatsoever
11   (including, but not limited to, on websites, in domain names, in hidden text and metatags), and
12   from (2) registering or trafficking in any domain names containing Plaintiff's MGM and MGM
13   GRAND Marks or confusingly similar variations thereof, alone or in combination with any other
14   letters, words, letter strings, phrases or designs; and it is further
15   ORDERED that Defendants Dan Lei, Wang Xiaoling, Xiao Fang, Shang Lei, Ye Xiao and
16   Huai Yi , and their agents, servants, employees and/or all persons acting in concert or participation
17   with Defendants are permanently enjoined from using the <betmgm.net>, <betmgm88.com>,
18   <bet-mgm.net>, <betmgm96.com>, <28818.net>, <bet-mgm.com>, and <888mgm.com> domain
19   names or any other variation of the MGM and MGM GRAND Marks used in any letter string in
20   any domain name; and it is further
21   ORDERED that the registration for <betmgm.net>, <betmgm88.com>, <bet-mgm.net>,
22   <betmgm96.com>, <28818.net>, <bet-mgm.com>, and <888mgm.com> domain names be
23   forfeited and permanently transferred to Plaintiff MGM MIRAGE.; and it is further
24   ORDERED that the current registrar and/or the ".com" registry shall effectuate the domain
25   name transfer, permanently transferring the registration on the <betmgm.net>, <betmgm88.com>,
26   <bet-mgm.net>, <betmgm96.com>, <28818.net>, <bet-mgm.com>, and <888mgm.com> domain
27   names to Plaintiff MGM MIRAGE; and it is further
28   / / /

1      ORDERED that Defendants pay Plaintiff nominal damages for corrective advertising of $1,000.00; and it is further

3      ORDERED that Defendants pay Plaintiff statutory damages of $600,000.00, which is $100,000.00 for each infringing domain name; and it is further

5      ORDERED that Defendants pay Plaintiff's attorneys' fees and costs in the amount of $32,626.97; and it is further

7      ORDERED that the Clerk shall exonerate Plaintiff's $100.00 bond submitted to this Court on January 25, 2010 and return said amount to Plaintiff's counsel ; and it is further

9      ORDERED that jurisdiction of this case shall be retained by this Court for the purpose of enforcing this Judgment.

IT IS SO ORDERED:

_____
The Honorable Kent J. Dawson
UNITED STATES DISTRICT JUDGE

DATED: 12/13/2010